IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ALEX VALLEJOS,**

    **Plaintiff,**

**vs.**                         **No. CIV 04-1234 MCA/RLP**

**THE CITY OF ALBUQUERQUE,**
**OFFICER DENISE L. GARCIA,**
**OFFICER LAWRENCE SAAVEDRA,**
**DECTECTIVE ELIZABETH GRIEGO,**
**ALBUQUERQUE POLICE DEPARTMENT,**
**GILBERT GALLEGOS, ALBQUERQUE**
**CHIEF OF POLICE,**

    **Defendant.**

**MEMORANDUM OPINION AND ORDER**
**GRANTING DEFENDANTS' MOTION TO COMPEL PRODUCTION**

This matter comes before the court on Defendants' Motion to Compel [Docket No. 56]. Defendants served Requests for Production on Plaintiff on March 2, 2005. [See certificate of service, Docket No. 16]. Plaintiff neither responded to nor objected to these Requests. In his Response to this Motion filed October 25, 2005 [Docket No. 60], Plaintiff does not deny that he failed to respond to or object to the Requests for Production. Instead, he indicates that some production was made on October 18, 2005, that he does not have other documents in his possession and that he is attempting to obtain alternate documents for those he can not longer locate.

Plaintiff has ignored long established rules setting the time within which to respond to and/or object to properly served discovery requests. F.R.Civ.P. 34(b); D.N.M.LR-Civ. 26.1(b), Failure to make specific legitimate objections to requests for production within the time allowed constitutes a waiver of any objection to that production. *Cf.*, *Pulsecard, Inc., v. Discover Card Services, Inc.,* 168 F.R.D. 295, 304 (D. Kan. 1996).

**IT IS HEREBY ORDERED** that Plaintiff shall serve responses to Defendants' Requests for Production, in the form required by D.N.M.LR-Civ. 26.1(b), on or before November 21, 2005; All documents responsive to the Requests for Production not already produced, shall be produced on or before November 21, 2005. Objections to all requests are deemed waived.

**IT IS SO ORDERED.**

_____
RICHARD L. PUGLISI
United States Magistrate Judge
